**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jason Recardo Monroe,
Petitioner,
v.
Eric Rokosky,
Respondent.

No. CV-26-04320-PHX-SHD

**ORDER**

On June 18, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1). Pursuant to General Order 26-09, Respondent was directed to show cause why the Petition should not be granted. (Doc. 3). In the Response, Respondent indicated that Petitioner was ordered removed to Jamaica in January 2026, that he had accepted voluntary removal on June 23, 2026, and that his removal was imminent. (Doc. 6). On September 4, 2026, Petitioner filed a Motion for Status Update (Doc. 9) as well as a Notice of Change of Address stating that he had been removed to Jamaica on August 13, 2026. (Doc. 8).

Accordingly, the Petition is now moot, and this action will be dismissed.

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED:**

(1) The Petition (Doc. 1) and this action are **dismissed as moot**.

(2) Petitioner's Motion for Status (Doc. 9) is **granted** to the extent this Order informs him of the present status of this case, and is **denied** to the extent it seeks any other relief.

(3) The Clerk of Court must enter judgment accordingly, and close this case.

Dated this 13th day of November, 2026.

Honorable Sharad H. Desai
United States District Judge